# EXHIBIT C

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/12/2015 4:41:59 PM
KEITH E. HOTTLE
Clerk

CAUSE NO. 13-04-00108-CVL

| | | |
|---|---|---|
| GRACE RIVER RANCH, L.L.C., | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 218TH JUDICIAL DISTRICT |

GRACE RIVER RANCH, L.L.C.,          §          IN THE DISTRICT COURT
                                   §
        *Plaintiff,*               §
                                   §
v.                                 §          218TH JUDICIAL DISTRICT
                                   §
EL CABALLERO RANCH, INC. et al.,   §
                                   §
        *Defendants.*              §          LA SALLE COUNTY, TEXAS

---

## NOTICE OF INTERLOCUTORY APPEAL

---

Defendants El Caballero Ranch, Inc. and Laredo Marine, L.L.C. file this Notice of Appeal of this Court's March 3, 2015 Partial Summary Judgment Order, a copy of which is attached as Exhibit A. This appeal is taken under Section 51.014 of the Civil Practice and Remedies Code and is taken to the Fourth District Court of Appeals, San Antonio, Texas.

Respectfully submitted,

SCHMOYER REINHARD LLP
17806 IH 10 West, Suite 400
San Antonio, Texas 78257
Telephone:   210/447-8033
Facsimile:   210/447-8036



Annalyn G. Smith
State Bar No. 18532500
asmith@sr-llp.com
Justin Barbour
State Bar No. 24055142
jbarbour@sr-llp.com
Judy K. Jetelina
State Bar No. 12746550
jjetelina@sr-llp.com

FILED FOR RECORD
At 1:15 o'clock P. M.

MAR - 9 2015

MARGARITA A. ESQUEDA
COUNTY & DISTRICT CLERK
LA SALLE COUNTY, TEXAS
By: _____ Deputy

Kimberly S. Keller
State Bar No: 24014182
KELLER STOLARCZYK PLLC
234 West Bandera Road, No. 120
Boerne, Texas 78006
Telephone: 830/981-5000
Facsimile: 888/293-8580

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2015, a true and correct copy of the above and foregoing document was served by *certified mail, return receipt requested*, on:

*Counsel for Plaintiff Grace River Ranch, L.L.C.*
Mr. Steven C. Haley
Moorman, Tate, Urquhart, Haley, Upchurch & Yates, L.L.P.
207 East Main Street
P. O. Box 1808
Brenham, Texas 77834-1808

*Counsel for Third-Party Defendant County of La Salle*
Mr. Donato D. Ramos
Mr. Donato D Ramos, Jr.
Law Offices of Donato D. Ramos
Texas Community Bank Building
6721 McPherson
P.O. Box 452009
Laredo, Texas 78045

_____
Annalyn G. Smith